[Doc. No. 23]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

JACOB STILLINGS,

        Plaintiff,

   v.

CORRECTIONAL MEDICAL SERVICES, INC., et al.,

        Defendants.

Civil No. 06-4888 (RMB)

**ORDER**

      THIS MATTER comes before the Court on a motion to dismiss in lieu of an Answer by Defendants New Jersey Department of Corrections and its Commissioner George Hayman. The Court having read the parties submissions, and for the reasons stated in the Opinion issued this date,

      IT IS, HEREBY, this **20th** day of **July** 2007,

      **ORDERED** that Defendants' motion to dismiss is **GRANTED**,

      FURTHER **ORDERED** that Plaintiff is granted to leave to file an amended complaint within 30 days of the filing of this Order.

                                  s/Renée Marie Bumb
                                  RENÉE MARIE BUMB
                                  United States District Judge